# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 19-10520  
**Case Name:** BLEA, GREGORY ALLEN  
BLEA, ISABEL EILEEN  
**For Period Ending:** 06/30/2019

**Trustee Name:** (510120) Philip J. Montoya  
**Date Filed (f) or Converted (c):** 03/11/2019 (f)  
**§ 341(a) Meeting Date:** 04/12/2019  
**Claims Bar Date:** 07/19/2019

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 8214 Krim Dr. NE, Albuquerque, NM 87109-0000, Bernalillo County<br>Single-family home. Entire property value: $220,000.00 | 220,000.00 | 0.00 | | 0.00 | FA |
| 2 | 7401 Frank Pl. NE, Albuquerque, NM 87109-0000, Bernalillo County<br>Single-family home. Entire property value: $90,000.00 | 90,000.00 | 7,500.00 | | 0.00 | 90,000.00 |
| 3 | 2006 Honda Accord, 65000 miles<br>Entire property value: $2,731.00 | 2,731.00 | 0.00 | | 0.00 | FA |
| 4 | 2011 Ford F-150, 150000 miles<br>Entire property value: $10,382.00 | 10,382.00 | 0.00 | | 0.00 | FA |
| 5 | 1999 Ford F-350 Freeborn RV<br>Entire property value: $5,000.00 | 5,000.00 | 0.00 | | 0.00 | FA |
| 6 | Furniture | 1,500.00 | 0.00 | | 0.00 | FA |
| 7 | Housewares | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Appliances | 1,500.00 | 0.00 | | 0.00 | FA |
| 9 | Wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 10 | Miscellaneous jewelry | 50.00 | 0.00 | | 0.00 | FA |
| 11 | Four bank accounts, 2 are custodial accounts: Bank of Albuquerque | 600.00 | 0.00 | | 0.00 | FA |
| 12 | Card: HSA prepaid debit card | 2,600.00 | 0.00 | | 0.00 | FA |
| 13 | Checking & Share accounts (2): Kirtland FCU | 700.00 | 0.00 | | 0.00 | FA |
| 14 | 401 (k): Milliman (Cabela's retirement program) | 688.95 | 0.00 | | 0.00 | FA |
| 15 | 401 (k): Rodey firm retirement account | 66,084.24 | 0.00 | | 0.00 | FA |
| 16 | 2018 tax return (filed): Federal | 3,176.00 | 0.00 | | 0.00 | FA |
| **16** | **Assets Totals (Excluding unknown values)** | **$406,012.19** | **$7,500.00** | | **$0.00** | **$90,000.00** |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case No.:** 19-10520  
**Case Name:** BLEA, GREGORY ALLEN  
                BLEA, ISABEL EILEEN  
**For Period Ending:** 06/30/2019

**Trustee Name:** (510120) Philip J. Montoya  
**Date Filed (f) or Converted (c):** 03/11/2019 (f)  
**§ 341(a) Meeting Date:** 04/12/2019  
**Claims Bar Date:** 07/19/2019

**Major Activities Affecting Case Closing:**

    7-30-19 Property listed for sale.  
    6.10.19 Filed Application and NOD to Employ Consultant, Patrick Butler of BK Global Real Estate Services. Order entered 7/12/19.  
    6.10.19 Filed Application and NOD to Employ Realtor, Amy Ackroyd of TAL Realty, Inc. Order entered 7/12/19.  
    6.6.19 Filed Application to Employ P. Montoya as General Counsel to the TTEE. Order entered 7/17/19.  
    4.12.19 BK Global interested in Frank PL NE. Report of Assets Filed.

**Initial Projected Date Of Final Report (TFR):** 03/31/2020     **Current Projected Date Of Final Report (TFR):** 03/31/2020

07/31/2019  
Date

/s/Philip J. Montoya  
Philip J. Montoya