UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

IN RE:

GREGORY ALLEN BLEA
ISABEL EILEEN BLEA
*fka* Isabel Eileen Rivera

      Debtors.                                   Case No. 7-19-10520-JA

## LIMITED RESPONSE TO MOTION TO SELL

COMES NOW Nationstar Mortgage LLC D/B/A Mr. Cooper ("Creditor"), by and through its attorneys, Rose L. Brand & Associates, P.C. (Andrew Yarrington), and files its response to the Motion to Approve Trustee's Sale of Real Property. As grounds therefore, the Movant, states:

1. Philip J. Montoya (Trustee) is the Chapter 7 Trustee assigned in this bankruptcy case.

2. Trustee filed their Motion to Approve Trustee's Sale of Real Property (the "Motion") on August 22, 2019 (Doc 31)

3. Pursuant to the Short Sale Approval – Payoff Letter the required minimum payoff amount is $79,278.27, and closing must be completed by September 23, 2019. See Exhibit A.

WHEREFORE, Creditor respectfully requests the Court enter an Order:

A. Granting the Trustee's Motion provided the Conditions of the Short Sale approval can be met;

B. Granting any other relief the Court deems just and proper.

ROSE L. BRAND & ASSOCIATES, P.C.

By /s/ Andrew P. Yarrington
    ANDREW YARRINGTON
    Attorney for Creditor
    7430 Washington Street, NE
    Albuquerque, NM 87109
    Telephone: (505) 833-3036
    Andrew.Yarrington@roselbrand.com

I hereby certify that a copy of the foregoing pleading was sent via CM/ECF Filer automatic e-mail notification to the US Trustee and any party who filed a Request for Notice with the Court for electronic notification, in addition to the Attorney and Trustee listed below, and mailed by first class mailing, postage prepaid, to Debtors listed below:

| Michael K. Daniels | Philip J. Montoya | Gregory Allen Blea |
|---|---|---|
| Attorney for Debtors | Chapter 7 Trustee | Isabel Eileen Blea |
| P.O. Box 1640 | 1122 Central Ave SW Ste #3 | Debtors |
| Albuquerque, NM 87103-1640 | Albuquerque, NM 87102 | 8214 Krim Dr. NE |
| Telephone: (505) 246-9385 | Telephone: (505) 244-1152 | Albuquerque, NM 87109 |
| mike@mdanielslaw.com | | |

on this 11th day of September, 2019.

/s/ Mitchell Billings
MITCHELL BILLINGS, Paralegal

 Copy

# Freddie Mac

8250 Jones Branch Drive
McLean, VA 22102-3110

**(please do not send check to this address)**

Date: August 20, 2019

To: NATIONSTAR MORTGAGE LLC DBA MR. COOPER
Attn: SONYA BLEVINS

Re: Short Payoff Approval - Payoff Letter
Freddie Mac Loan No. [redacted]
Servicer Loan No. [redacted]
Borrower(s) Name        ISABEL BLEA
Property Address        7401 FRANK PL NE
                        ALBUQUERQUE, NM 87109-0000

Dear SONYA BLEVINS,

Freddie Mac has approved the sale of the above property which will result in a short payoff of the mortgage. Our approval is based on the contract of sale between ISABEL BLEA and MELISSA JONES dated 06/10/2019. This letter constitutes our instructions to the closing agent/settlement attorney. As such, this approval is conditioned on a short payoff by the borrower which meets the following criteria:

1. The required minimum payoff amount is $79,278.27 (please send check to NATIONSTAR MORTGAGE LLC DBA MR. COOPER at , , unless otherwise indicated). Closing must be completed no later than 09/23/2019 or by the date of the foreclosure sale, if one is set, whichever is earlier. This amount and this date are firm.

2. The borrower must pay the following amounts in certified funds to the settlement agent:

   a. A cash contribution in the amount of $0.00.

   b. Payment of $0.00 towards seller's closing costs.

   Both the cash contribution and the payment toward closing costs must be reflected in the credit section of the Settlement Statement. These amounts are calculated in the minimum payoff amount. In the event the net proceeds from the sale exceed the minimum payoff amount, then all such excess amounts must be remitted to Freddie Mac. The borrower's cash contribution and payment of seller's closing costs may not be reduced.

3. The borrower must execute a modified personal promissory note in the form of a Modification of Note for $0.00 payable to Freddie Mac (form attached). You must properly document this note and provide all disclosures and notices, if any, required under law.

4. Neither the borrower nor any other party may receive any sales proceeds or any other funds as a result of this transaction, except as noted under section 9. The contributions by the borrower in cash or by note may not be reduced if the sales proceeds exceed the required minimum payoff. If the combined amounts of the sales proceeds and the contributions total more than the amount of the mortgage, then contact Freddie Mac for further instructions. The borrower must assign to Freddie Mac any rights to escrowed funds, insurance proceeds or refunds from pre-paid expenses.

5. The borrower may not incur any obligations for repairs or expenses which would reduce the required minimum payoff amount. Our minimum payoff already takes into account the repairs, if any, which must be performed. All repairs are the responsibility of the borrower.

6. The sales contract may not be amended in any manner which would reduce the net sales proceeds without Freddie Mac's consent. The sales price may not be increased to meet the required minimum payoff amount or to reduce the cash and/or note contribution without Freddie Mac's consent.

7. The purchaser of the property may not be related in any way to the borrower. Any relationship between a participating broker and the borrower or purchaser must be disclosed and approved by Freddie Mac. This transaction may not involve any third party who receives a deed from the borrower at, prior to or after this closing and before the recording of the deed to the purchaser. The borrower named above must convey title directly to the purchaser named in the sales contract.

8. <u>MAXIMUM SELLER'S CLOSING COSTS</u> (See attachment for details.)

9. <u>REQUIRED MINIMUM PAYOFF</u>

   | | |
   |---|---|
   | $98,000.00 | Sales price |
   | $18,721.73 | Less seller's closing costs |
   | $0.00 | Plus borrower's cash contribution (may not be reduced) |
   | <u>$0.00</u> | Plus borrower's contribution toward closing costs (may not be reduced) |
   | $79,278.27 | TOTAL REQUIRED MINIMUM PAYOFF (any excess must be remitted to Freddie Mac) |

10. This Approval is subject to any conditions the Mortgage Insurance Company may have regarding this transaction.

11. <u>ADDITIONAL COMMENTS</u>: 8/20/2019 WS NG13 - File Re-Approved with additional 7500.00 Trustee Fee for BK GLOBAL FILE

Please contact Freddie Mac if you have any questions regarding this approval.

Sincerely,


Jonathan Nolte
Non-Performing Loans Department
Single Family Division

Copy

# Freddie Mac

8200 Jones Branch Drive
McLean, VA 22102-3110

Date: August 20, 2019

To: NATIONSTAR MORTGAGE LLC DBA MR. COOPER
    Attn:    SONYA BLEVINS

,

Re:  Pay Off Approval Attachment
    Freddie Mac Loan No.
    Servicer Loan No.
    Borrower(s) Name    BLEA
    Property Address    7401 FRANK PL NE
                                 ALBUQUERQUE, NM 87109-0000

**MAXIMUM SELLER'S CLOSING COST:**

| | | |
|---|---|---|
| 505 | Payoff of second mortgage loan | $0.00 |
| 506 | Borrower Relocation Incentive | $0.00 |
| 507 | final water/trash | $900.00 |
| 508 | | $0.00 |
| 509 | | $0.00 |
| 510 | City/town taxes | $0.00 |
| 511 | County taxes | $1,000.79 |
| 512 | Assessments | $0.00 |
| 513 | | $0.00 |
| 514 | | $0.00 |
| 515 | | $0.00 |
| 516 | | $0.00 |
| 701 | Seller Agent | $3,920.00 |
| 702 | Buyer Agent | $1,960.00 |
| 801 | Loan Origination Fee | $0.00 |
| 802 | Loan Discount | $0.00 |
| 803 | Appraisal Fee | $0.00 |
| 804 | Credit Report | $0.00 |
| 805 | Lender's Inspection Fee | $0.00 |
| 806 | Mortgage Insurance Application Fee | $0.00 |
| 807 | Assumption Fee | $0.00 |
| 808 | Tax Service Contract | $0.00 |
| 809 | Funding Fee (FHA/VA) | $0.00 |
| 810 | Processing Fee | $0.00 |
| 811 | Misc. FHA/VA Fees | $0.00 |

Copy

| # | Item | Amount |
|---|------|--------|
| 812 | | $0.00 |
| 813 | | $0.00 |
| 901 | Interest | $0.00 |
| 902 | Mortgage Insurance Premium | $0.00 |
| 903 | Hazard Insurance Premium | $0.00 |
| 904 | Flood Insurance Premium | $0.00 |
| 905 | CLOSING COORDINATION TO OCEAN | $395.00 |
| 1001 | Hazard Insurance | $0.00 |
| 1002 | Mortgage Insurance | $0.00 |
| 1003 | City Property Taxes | $0.00 |
| 1004 | County Property Taxes | $0.00 |
| 1005 | Annual Assessments | $0.00 |
| 1006 | Flood Insurance | $0.00 |
| 1007 | title committment | $100.00 |
| 1008 | title e recording | $20.00 |
| 1101 | Settlement or Closing Fee | $564.19 |
| 1102 | Abstract or Title Search | $50.00 |
| 1103 | Title Examination | $0.00 |
| 1104 | Title Insurance Binder | $0.00 |
| 1105 | Document Preparation | $0.00 |
| 1106 | Notary Fees | $0.00 |
| 1107 | Attorney's Fees | $0.00 |
| 1108 | Title Insurance | $741.00 |
| 1111 | Reconveyance/Tracking Fee | $0.00 |
| 1112 | Wire Transfer Fee | $15.00 |
| 1113 | FLOOD ZONE | $20.00 |
| 1114 | MUNCIPAL LIEN SEARCH | $400.00 |
| 1115 | TAX SERVICE FEE | $85.00 |
| 1201 | Recording Fees | $100.00 |
| 1202 | City/County Tax/Stamps | $0.00 |
| 1203 | State Tax/Stamps | $0.00 |
| 1204 | TRUSTEE LIABILITY INSUR TO PHI | $650.00 |
| 1205 | title notification | $35.00 |
| 1301 | Survey | $0.00 |
| 1302 | Pest Inspection | $0.00 |
| 1303 | title survey | $215.75 |
| 1304 | title assessment | $50.00 |
| 1305 | title owenrs title insur | $0.00 |
| 1306 | bankrptcy estate fee | $7,500.00 |
| | **Total Maximum Seller's Closing Cost** | **$18,721.73** |