**IT IS ORDERED**

Date Entered on Docket: September 18, 2019

_____
**The Honorable Robert H Jacobvitz
United States Bankruptcy Judge**



_____

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

In re:
GREGORY BLEA and
ISABEL BLEA,
    Debtor(s)                                                                          No. 19-10520-t7

## AGREED ORDER APPROVING TRUSTEE'S SALE
## OF REAL PROPERTY TO MELISSA JONES

**THIS MATTER** has come before the Court on Trustee's Motion to Approve Sale of Real Property to Melissa Jones, filed August 22, 2019 ("the Motion"). The Court,

**FINDS**: (a) notice of the Motion, with a 21-day opportunity to object, was given pursuant to Bankruptcy Rule 2002(a)(2) to all parties in interest on the official mailing matrix maintained by the Clerk of the Court in this bankruptcy case on August 22, 2019, with a deadline to file a response to the Motion on September 16, 2019; (b) the notice of the Motion was sufficient in form and content and was appropriate in the particular circumstances; (c) a limited objection were filed by creditor Nationstar Mortgage LLC, and that objection has been resolved as indicated by the signature of creditor's counsel

below, and, (d) the sale of property as outlined in the Motion, as modified below, is appropriate.

**IT IS THEREFORE ORDERED**:

1. That the Motion to Approve Trustee's Sale of Real Property to Melissa Jones is granted.

2. Sale of the property described as:

   Lot numbered Twenty-five (25) of Block numbered One (1), Unit 12, Jade Park Mobile Home Subdivision, according to the plat filed November 9, 1971, in Plat Book C8, Page 59, in the Office of the County Clerk of Bernalillo County, New Mexico, EXCEPTING the westerly one (1) foot of the above described lot which was deed to the City of Albuquerque, New Mexico.

   and more commonly known as 7401 Frank Place NE, Albuquerque, New Mexico 87109 to Melissa Jones, is approved on the following cash terms and with the following distributions to take place at closing:

   a. Property selling price:    $98,000.00
   b. Seller to pay standard accruals such as accrued property taxes, past due property taxes, an owner's title policy, a survey, and miscellaneous closing costs as detailed in the purchase agreement attached to the motion.
   c. Payoff of mortgage note to Nationstar Mortgage LLC in the reduced amount of $79,278.27, provided that closing occur no later than September 23, 2019.
   d. Trustee's realtor, Amy Ackroyd of TAL Realty, Inc. to receive a realtor's commission in the amount of $5,880.00 (6.00% of the sales price), plus applicable gross receipts tax. This commission may be split with trustee's consultant BK Global and buyer's realtor, if applicable.
   e. Balance of proceeds to be distributed to Philip J. Montoya, Trustee.

3. Trustee is authorized to take the necessary steps to complete the above-

described sale, including conveyance of the property by deed, upon entry of this order.

### ###END OF ORDER###

Respectfully submitted:
<u>Filed electronically</u>
Philip J. Montoya
Counsel for Trustee
1122 Central Avenue SW, Suite 3
Albuquerque, NM 87102
(505) 244-1152 (505) 717-1494 fax
pmontoya@swcp.com

Approved by:
<u>Approved by email on 9/13/19</u>
Andrew P. Yarrington
Attorney for Nationstar Mortgage LLC
7430 Washington Street, NE
Albuquerque, NM 87109
Telephone: (505) 833-3036
andrew.yarrington@roselbrand.com